IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC. and WEST VIRGINIA
HIGHLANDS CONSERVANCY, INC.,

    Plaintiffs,

v.                            Civil Action No. 3:07-cv-00413

APOGEE COAL COMPANY, LLC,

    Defendant.

## APOGEE COAL COMPANY, LLC'S MOTION TO STRIKE THE AFFIDAVIT OF DENNIS LEMLY

Defendant Apogee Coal Company, LLC ("Apogee"), by counsel, hereby moves this Court for an order striking the testimony of Dr. A. Dennis Lemly contained in certain affidavits. Specifically, Apogee moves to strike an affidavit consisting of the report submitted to Plaintiffs by Dr. Lemly and included as an exhibit to Plaintiffs' Contempt Motion in this matter (Doc. 156-7) filed on April 18, 2010. Plaintiffs have withdrawn Dr. Lemly as a testifying expert witness at trial and thus any prior testimony proffered by him constitutes inadmissible hearsay. *See, e.g., Glendale Fed. Bank, FSB v. United States*, 90-772 C, 39 Fed. Cl. 422, 425 (Fed. Cl. 1997) ("Where an expert witness is withdrawn prior to trial . . . the prior [] testimony of that witness may not be used. That [] testimony is hearsay."); *Minebea Co., Ltd. v. Papst*, CIV.A. 97-0590 (PLF), 2005 WL 6271045 at *1 (D.D.C. Aug. 2, 2005) (adopting analysis of *Glendale*). Consequently, this affidavit must be stricken.

                                                Respectfully submitted,

                                                APOGEE COAL COMPANY, LLC
                                                By Counsel

/s/ *Blair M. Gardner*
BLAIR M. GARDNER (WVSB # 8807)
THOMAS J. HURNEY, JR. (WVSB # 1833)
DOUGLAS J. CROUSE (WVSB # 11094)
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322
*Counsel for Apogee Coal Company, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC. and WEST VIRGINIA
HIGHLANDS CONSERVANCY, INC.,

      Plaintiffs,

v.                                          Civil Action No. 3:07-cv-00413

APOGEE COAL COMPANY, LLC,

      Defendant.

## CERTIFICATE OF SERVICE

      I, Blair M. Gardner, do hereby certify that on July 26, 2010, I electronically filed the foregoing APOGEE COAL COMPANY, LLC'S MOTION TO STRIKE THE AFFIDAVITS OF DENNIS LEMLY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

           Derek O. Teaney
           Joseph M. Lovett
           Appalachian Center for the Economy
              and the Environment
           P.O. Box 507
           Lewisburg, WV 24901

           James M. Hecker
           Public Justice
           1825 K. Street, NW, Suite 200
           Washington, DC 20006

                                          /s/ *Blair M. Gardner*