# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 7/27/2010                                                              Case Number 3:07-cv-413
Case Style: OVEC vs. Apogee
Type of hearing Pretrial Conference
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                                Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Derek O. Teaney, Joseph M. Lovett


Attorney(s) for the Defendant(s) Thomas J. Hurney, Jr. and Blair M. Gardner


Law Clerk Corinna McMackin                                                   Probation Officer

Trial Time


Non-Trial Time

Motions hearing (without evidence). Type:
Pretrial conference (inclding settlement and telephone conferences).


Court Time

10:03 am   to 11:14 am
Total Court Time: 1 Hours 11 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

Scheduled 10 a.m.
Start time 10:03 a.m.

Counsel presented argument on:
[168] Plaintiffs' motion in limine - GRANTED IN PART AND DENIED IN PART.
[203] Defendants' motion to strike - GRANTED.

Each party is to provide a synopsis of the case, including the evidence they expect to present and the remedy sought.

End time:  11:14 a.m.