IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., and WEST
VIRGINIA HIGHLANDS
CONSERVANCY, INC.,

        Plaintiffs,

v.                   CIVIL ACTION NOs. 3:07-0413, 3:08-0088 and 3:09-1167

APOGEE COAL COMPANY, LLC, and
HOBET MINING, LLC,

        Defendants.

## ORDER

Upon request of the parties, the Court **SCHEDULES** a hearing for **August 17, 2010,** at **1:30 p.m.** to entertain settlement or to hear closing arguments as to the matters in controversy.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:    August 12, 2010

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE