# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 8/12/2010                                                                                   Case Number 3:07-cv-413
Case Style: OVEC vs. Apogee
Type of hearing Motion Hearing
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                                  Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Joe Lovett, Derek Teaney, James Hecker


Attorney(s) for the Defendant(s) Thomas Hurney, Blair Gardner, Robert McLusky, Richard Verheij


Law Clerk Corinna McMackin                                                    Probation Officer

## Trial Time

Motion to suppress or other evidentiary hearing. Type: for modifcation, show cause


## Non-Trial Time



## Court Time

1:00 pm    to 1:06 pm
Total Court Time: 0 Hours 6 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Hearing scheduled to commence:  1:00 pm
Hearing commenced:  1:00 pm

Defts. rested.
The parties requested that the Court set a hearing to entertain settlement or for closing arguments.
All exhibits used to question witnesses are admitted.
Hearing set for August 17, 2010, at 1:30 pm.
1:06 pm Adjourn.