**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**


OHIO VALLEY ENVIRONMENTAL
COALITION, INC., and WEST
VIRGINIA HIGHLANDS
CONSERVANCY, INC.,

               Plaintiffs,

v.                                 CIVIL  ACTION  NOs.  3:07-0413,
                                              3:08-0088 & 3:09-1167

APOGEE COAL COMPANY, LLC, and
HOBET MINING, LLC,

               Defendants.

**ORDER**


       For reasons appearing to the Court, the hearing scheduled for August 30, 2010, at 1:00 p.m.

will now be held on **August 31, 2010,** at **1:00 p.m.**

       The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented parties.


                           ENTER:       August 30, 2010


                           ROBERT C. CHAMBERS
                           UNITED STATES DISTRICT JUDGE