## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 8/31/2010                                                         Case Number 3:07-cv-413
Case Style: OVEC vs. Apogee
Type of hearing Motion Hearing
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                           Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Joe Lovett, Derek Teaney


Attorney(s) for the Defendant(s) Tom Hurney, Blair Gardner, Richard Verheij


Law Clerk Corinna McMackin                                              Probation Officer

### Trial Time



### Non-Trial Time

Motions hearing (without evidence). Type:


### Court Time

1:00 pm    to 2:45 pm
Total Court Time: 1 Hours 45 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

Hearing scheduled to commence:  1:00 pm
Hearing commenced:  1:00 pm

Hearing continued from 08/10/10.
Closing arguments.
Defts.' motions to modify are denied.
Plaintiffs' motion for contempt is granted.
The Court set out dates by which certain things must occur.
Pltfs.' motion for fees and costs taken under advisement.

Adjourn:  2:45 pm