IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

FILED
SEP - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., and WEST
VIRGINIA HIGHLANDS
CONSERVANCY, INC.,

        Plaintiffs,

v.                                CIVIL ACTION NO. 3:07-0413

APOGEE COAL COMPANY, LLC, and
HOBET MINING, LLC,

        Defendants.


OHIO VALLEY ENVIRONMENTAL
COALITION, INC., and WEST VIRGINIA
HIGHLANDS CONSERVANCY INC.,

        Plaintiffs,

v.                                CIVIL ACTION NO. 3:08-0088

HOBET MINING, LLC,

        Defendant.


OHIO VALLEY ENVIRONMENTAL
COALITION, INC., WEST VIRGINIA
HIGHLANDS CONSERVANCY, INC.,
and SIERRA CLUB,

        Plaintiffs,

v.                                CIVIL ACTION NO. 3:09-1167

HOBET MINING, LLC,

        Defendant.

Case 3:07-cv-00413   Document 227   Filed 09/01/10   Page 2 of 2

# WITNESSES

**Type of Proceeding:**       Motions Hearing

| DATE | NO. | PLAINTIFF | DATE | NO. | DEFENDANT |
|---|---|---|---|---|---|
| 08/09/10 | 1 | Scott Rasmussen | 08/11/10 | 1 | Timothy Harrison |
| 08/09/10 08/10/10 | 2 | John McHale | 08/11/10 | 2 | Thomas Sandy |
| 08/10/10 | 3 | Phillip Rooney by video depo. | | | |
| 08/10/10 | 4 | John Koon, Ph.D. | | | |
| 08/10/10 08/11/10 | 5 | Mark Schroeder | | | |
| 08/11/10 | 6 | Harry Potter | | | |
| 08/11/10 | 7 | Dr. Michael Kavanaugh | | | |