AO 187 (Rev. 07/87) | USDC/CRT-002 (01/06) | LR Civ P 79.1 Exhibit List and Custody Acknowledgement - Civil

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**FILED**

SEP - 1 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

OVEC, et al.

V.

APOGEE, et al.

## EXHIBIT LIST - CIVIL

### CIVIL ACTION 3:07-413, et al.

| PRESIDING JUDGE OR MAGISTRATE JUDGE | PLAINTIFF ATTORNEY(S): | DEFENDANT ATTORNEY(S): |
|---|---|---|
| Honorable Robert C. Chambers | Joe Lovett, Derek Teaney, James Hecker | Thomas Hurney, Blair Gardner, Robert McLusky, Richard Verheij |

| PROCEEDING DATE(S): | COURT REPORTER: | COURTROOM DEPUTY: |
|---|---|---|
| 08/09/10 - | Teresa Ruffner | Terry Justice |

| PLFT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 15 | | 08/09/10 ⊞ | ✓ | ✓ | Description of flows | Clerk |
| JT 17 | | 08/09/10 ⊞ | ✓ | ✓ | Technical Memorandum 08/12/08 | Clerk |
| 58 | | 08/09/10 ⊞ | ✓ | ✓ | emails beginning 01/06/09 | Clerk |
| 59 | | 08/09/10 ⊞ | ✓ | ✓ | letter from Potesta to Crawford 01/07/09 | Clerk |
| 16 | | 08/09/10 ⊞ | ✓ | ✓ | letter from Potesta to Crawford 01/20/09 | Clerk |
| 60 | | 08/09/10 ⊞ | ✓ | ✓ | letter from Potesta to Crawford 07/29/09 | Clerk |
| 17 | | 08/09/10 ⊞ | ✓ | ✓ | emails from McHale to Bell 07/23/09 | Clerk |
| 21 | | 08/09/10 ⊞ | ✓ | ✓ | email from McHale to Gardner 08/07/09 | Clerk |

JT = Joint Exhibit

PAGE   1   OF   4   PAGES

AO 187 (Rev. 07/87) | USDC/CRT-002 (01/06) | LR Civ P 79.1 Exhibit List and Custody Acknowledgement - Civil

## EXHIBIT LIST - CIVIL (Cont'd.)

| | | | | | | |
|---|---|---|---|---|---|---|
| OVEC, et al. | | | APOGEE, et al. V. | | CASE NUMBER 3:07-413, et al. | |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| JT 4 | | 08/09/10 | ✓ | ✓ | Technical Memorandum 01/26/09 Watershed Flow | Clerk |
| JT 5 | | 08/09/10 | ✓ | ✓ | Technical Memorandum 01/26/09 Selenium | Clerk |
| JT 21 | | 08/09/10 | ✓ | ✓ | Technical Memorandum 09/02/09 ABMet System | Clerk |
| JT 18 | | 08/09/10 | ✓ | ✓ | Power Point 10/01/08 Ruffner Mine | Clerk |
| 46 | | 08/09/10 | ✓ | ✓ | Fluidization Bed Reactor Pilot Study | Clerk |
| 41 | | 08/09/10 | ✓ | ✓ | WVDEP Discharge Monitoring Report | Clerk |
| JT 11 | | 08/10/10 | ✓ | ✓ | Review Available Tech. Removal of Selenium | Clerk |
| JT 39 | | 08/10/10 | ✓ | ✓ | Final Report for Magnum Coal | Clerk |
| 1 | | 08/10/10 | ✓ | ✓ | CV John Koon | Clerk |
| 5 | | 08/10/10 | ✓ | ✓ | group of photographs | Clerk |
| 61 | | 08/10/10 | ✓ | ✓ | group of 3 photographs | Clerk |
| 62 | | 08/10/10 | ✓ | ✓ | 110 week schedule | Clerk |
| 63 | | 08/10/10 | ✓ | ✓ | Patriot FBR schedule | Clerk |
| 64 | | 08/10/10 | ✓ | ✓ | emails from Bell to McHale 06/09/09 | Clerk |
| JT 13 | | 08/10/10 | ✓ | ✓ | Duff & Phelps report | Clerk |

AO 187 (Rev. 07/87) | USDC/CRT-002 (01/06) | LR Civ P 79.1 Exhibit List and Custody Acknowledgement - Civil

# EXHIBIT LIST - CIVIL (Cont'd.)

| | | | | | OVEC, et al.  APOGEE, et al. V. | CASE NUMBER 3:07-413, et al. |
|---|---|---|---|---|---|---|

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 65 | | 08/10/10 | ✓ | ✓ | 10-Q Patriot Coal | Clerk |
| JT 32 | | 08/10/10 | ✓ | ✓ | 10-K Patriot Coal | Clerk |
| 66 | | 08/10/10 | ✓ | ✓ | 10-Q Patriot Coal 08/06/10 | Clerk |
| 3 | | 08/11/10 | ✓ | ✓ | CV Harry Potter | Clerk |
| 67 | | 08/11/10 | ✓ | ✓ | McHale deposition vol. II | Clerk |
| 2 | | 08/11/10 | ✓ | ✓ | CV Dr. Michael Kavanaugh | Clerk |
| 68 | | 08/11/10 | ✓ | ✓ | model for calculating economic benefits | Clerk |
| 69 | | 08/11/10 | ✓ | ✓ | spreadsheet | Clerk |
| | 4 | 08/11/10 | ✓ | ✓ | resume Timothy Harrison | Clerk |
| | JT 3 | 08/11/10 | ✓ | ✓ | Technical Memorandum Screening-Level | Clerk |
| | JT 2 | 08/11/10 | ✓ | ✓ | Technical Memorandum Basis of Design | Clerk |
| | JT 6 | 08/11/10 | ✓ | ✓ | Memorandum CH2M Hill Review Pilot | Clerk |
| | JT 7 | 08/11/10 | ✓ | ✓ | Memorandum CH2M Hill Review i Filtration | Clerk |
| | JT 8 | 08/11/10 | ✓ | ✓ | Memorandum CH2M Hill Review Comments | Clerk |
| JT 14 | | 08/11/10 | ✓ | ✓ | Preprint 10-142 | Clerk |

AO 187  (Rev. 07/87) | USDC/CRT-002 (01/06) | LR Civ P 79.1 Exhibit List and Custody Acknowledgement - Civil

## EXHIBIT LIST - CIVIL (Cont'd.)

| | OVEC, et al. | | | APOGEE, et al.<br>V. | | CASE NUMBER<br>3:07-413, et al. |
|---|---|---|---|---|---|---|

| PLTF.<br>NO. | DEFT.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| | 11 | 08/11/10 | ✓ | ✓ | CV Thomas Sandy | Clerk |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |