

## POTESTA Engineers and Environmental Consultants

7012 MacCorkle Avenue, SE, Charleston, WV 25304 • (304)342-1400 • FAX (304)343-9031; www.potesta.com

July 29, 2009

Mr. James Crawford
Patriot Coal Corporation
PO Box 1233
Charleston, West Virginia 25324

RE: Letter Report - Selenium Remediation Liability Cost
Estimate for Magnum Coal Company Operations
Project No. 0101-08-0637

Dear Mr. Crawford:

Potesta & Associates, Inc. (POTESTA) appreciates the opportunity to provide a selenium liability cost estimate associated with Patriot Coal Corporation's (Patriot) acquisition of Magnum Coal Company (Magnum).

Patriot acquired the assets of Magnum on July 23, 2008. Included in the acquisition were several operating surface and deep mine facilities in southern West Virginia. These operations included Apogee Coal Company, Catenary Coal Company, Coyote Coal Company, Midland Trail Energy, Remington Coal Company, Hobet Mining Company, Jupiter Coal Company, and Panther Coal Company. These operations are regulated by the West Virginia Department of Environmental Protection (WVDEP), Division of Mining and Reclamation. Water discharges from the mining operations are regulated under West Virginia's National Pollutant Discharge Elimination System (NPDES) which requires that discharges be monitored on at least a monthly basis. The Magnum operations required to monitor and achieve compliance for selenium in their water discharges are Jupiter Coal Company, Panther Coal Company, Hobet Mining Company, Apogee Coal Company, Catenary Coal Company, and Midland Trail Energy.

Patriot requested that POTESTA prepare an estimate of the costs to remediate selenium exceedances in order to meet the requirements of court orders, consent decrees and Magnum's permits. The United States Environmental Protection Agency and the State of West Virginia are currently considering revisions to selenium water quality standards which are expected to increase the allowable effluent levels from the current 4.7 parts per billion. This cost estimate has been prepared considering the dynamics of current legislation, capabilities of currently available technology and the Company's planned remediation strategy. Installation of treatment systems, as detailed in this valuation, at each of the 78 identified outlets should prevent any enforcement actions under court orders, consent decrees and permits. POTESTA believes that water treatment could be required in perpetuity if there are no changes to the current compliance standards.

POTESTA is familiar with the Magnum operations as a result of historically completing projects related to Magnum operations. Some of these projects included evaluation of mine water discharges containing selenium. Additionally, POTESTA relied on our engineering and previous experience with similar projects.



**POTESTA & ASSOCIATES, INC.**

Charleston, West Virginia • Morgantown, West Virginia • Winchester, Virginia

Mr. James Crawford
July 29, 2009
Page 2

Find attached tables summarizing the selenium remediation liability cost estimate for the Magnum operations.

## TREATMENT TECHNOLOGY

The Zero Valent Iron (ZVI) treatment system is currently the best available treatment technology for reducing selenium levels. Though ZVI treatment technology is effective on a small scale, the effectiveness and practicality have not been demonstrated on a scale required by coal mining operations that treat extremely large volumes of storm water runoff.

## OUTLETS REQUIRING TREATMENT

The outlets requiring treatment systems and the priority of implementing treatment systems are provided in Table 1 and were based on review of Magnum operation's 2007 and 2008 NPDES Discharge Monitoring Reports (DMR) obtained from the WVDEP and POTESTA's knowledge of Magnum operations.

## TREATMENT SYSTEM AND OPERATING COST

Tables 2 and 3 summarize the actual operating costs required to implement several ZVI treatment systems currently installed at Hobet, Catenary, and Apogee. POTESTA believes that these costs represent a reasonable cost basis for the installation of future systems.

## SELENIUM REMEDIATION LIABILITY COST ESTIMATE

The cost to remediate selenium was estimated at $390,719,470 gross (adjusted for inflation) or $85,155,374 expressed as a present worth cost. Based on the current state and federal regulatory requirements imposed and implemented under the West Virginia NPDES program and the current best available remediation technology, POTESTA believes that this estimate is reasonable.

Respectfully submitted,

POTESTA & ASSOCIATES, INC.

D. Mark Kiser, P.E.
Chief Engineer

William F. Drinkard III, P.E.
Senior Engineer

DMK:WFD/clr
Enclosures

**POTESTA**

| WV Its Condition Permit No. Outlet # | | Prior to August 2008 | | | Aug-08 | | | Sep-08 | | | Oct-08 | | | Nov-08 | | | Dec-08 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Initial System | Operating Costs | Total | Initial System | Operating Costs | Total | Initial System | Operating Costs | Total | Initial System | Operating Costs | Total | Initial System | Operating Costs | Total | Initial System | Operating Costs | Total |
| Favorable WV101359 | 1 | | | 0 | | | 0 | 209,533 | 8,264 | 217,797 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 |
| Adverse WV101359 | 2 | | | 0 | | | 0 | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adverse WV101359 | 3 | | | 0 | | | 0 | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adverse WV038652 | 1 | | | 0 | | | 0 | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 78 | 71,877 | 96,175 | 168,052 | 103,578 | 1,054 | 104,632 | 209,533 | 9,318 | 218,851 | 129,700 | 17,582 | 147,282 | | 17,582 | 17,582 | | 32,582 | 32,582 |
| taxes | | 17,077 | 22,850 | 39,927 | 24,608 | 250 | 24,858 | 49,782 | 2,214 | 51,996 | 30,815 | 4,177 | 34,992 | | 4,177 | 4,177 | | 7,741 | 7,741 |
| net of tax | | 54,800 | 73,325 | 128,125 | 78,968 | 803 | 79,773 | 159,751 | 7,104 | 166,855 | 98,885 | 13,405 | 112,290 | | 13,405 | 13,405 | | 24,841 | 24,841 |

Gross 13%

| IV. No Condition Permit No. Outlet # | | Initial System | Jan-93 Operating Costs | Total | Initial System | Feb-93 Operating Costs | Total | Initial System | Mar-93 Operating Costs | Total | Initial System | Apr-93 Operating Costs | Total | Initial System | May-93 Operating Costs | Total | Initial System | Jun-93 Operating Costs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Favorable | WV101359 | 1 | 235,450 | 28,925 | 264,375 | | 28,925 | 28,925 | 292,361 | 28,925 | 370,624 | | 28,925 | 28,925 | | 28,925 | 28,925 | 94,854 | 28,925 |
| Adverse | WV101359 | 2 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 |
| Adverse | WV101359 | 3 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 |
| Adverse | WV009652 | 78 | 418,836 | 53,242 | 472,078 | | 53,242 | 53,242 | 292,361 | 78,242 | 370,624 | | 74,771 | 74,771 | | 67,148 | 67,148 | 94,854 | 63,026 | 157,880 |
| taxes | | | 89,113 | 11,328 | 100,441 | | 11,328 | 11,328 | 52,208 | 18,647 | 70,855 | | 15,889 | 15,889 | | 14,287 | 14,287 | 20,119 | 13,413 | 33,532 |
| net of tax | | | 329,723 | 41,914 | 371,638 | | 41,914 | 41,914 | 230,173 | 61,596 | 291,769 | | 58,882 | 58,882 | | 52,861 | 52,861 | 74,335 | 49,624 | 124,060 |
| Gross | | | | | | | | | | | 0 | | | 0 | | | 0 | | | 0 |

A3CON-000058

| 9. Re Condition Permit No. Order N | | Jul-09 Initial System | Jul-09 Operating Costs | Jul-09 Total | Aug-09 Initial System | Aug-09 Operating Costs | Aug-09 Total | Sep-09 Initial System | Sep-09 Operating Costs | Sep-09 Total | Oct-09 Initial System | Oct-09 Operating Costs | Oct-09 Total | Nov-09 Initial System | Nov-09 Operating Costs | Nov-09 Total | Dec-09 Initial System | Dec-09 Operating Costs | Dec-09 Total | 1st quarter 2010 Initial System | 1st quarter 2010 Operating Costs | 1st quarter 2010 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Favorable | WV101359 | 1 | | 28,925 | 28,925 | | 28,925 | 28,925 | | 28,925 | 28,925 | | 28,925 | 28,925 | | 28,925 | 28,925 | | 28,925 | 28,925 | | 88,774 | 88,774 |
| Adverse | WV101359 | 2 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | 406,705 | 24,783 | 431,488 |
| Adverse | WV101359 | 3 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 |
| Adverse | WV009652 | 1 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 8,264 | 8,264 | | 24,793 | 24,793 |
| | | 78 | 0 | 70,246 | 70,246 | 706,813 | 111,567 | 818,380 | 471,298 | 128,005 | 599,304 | 706,813 | 152,888 | 859,701 | 471,298 | 169,418 | 640,825 | 706,813 | 194,209 | 901,022 | 1,864,728 | 751,383 | 2,316,109 |
| taxes | | 0 | 14,946 | 14,946 | 150,384 | 23,737 | 174,121 | 100,256 | 27,254 | 127,510 | 150,384 | 32,529 | 182,913 | 100,256 | 38,048 | 138,300 | 150,384 | 41,321 | 191,704 | 375,356 | 173,234 | 548,590 |
| net of tax | | 0 | 55,300 | 55,300 | 556,429 | 87,830 | 644,259 | 370,953 | 100,841 | 471,794 | 556,429 | 120,359 | 676,788 | 370,953 | 133,371 | 504,323 | 556,429 | 152,888 | 709,317 | 1,209,371 | 558,149 | 1,767,519 |

Gross



A3CON--000060

| qty | Its Condition | Permit No. | Outlet b. | Initial System | 1st quarter 2012 Operating Costs | Total | Initial System | 2nd quarter 2012 Operating Costs | Total | Initial System | 3rd quarter 2012 Operating Costs | Total | Initial System | 4th quarter 2012 Operating Costs | Total | Initial System | 2013 Operating Costs | Total | Initial System | 2014 Operating Costs | Total | Initial System | 2015 Operating Costs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Favorable | WV101350 | 1 | | 66,774 | 66,774 | | 66,774 | 66,774 | | 66,774 | 66,774 | | 66,774 | 66,774 | | 347,087 | 347,087 | | 347,087 | 347,087 | | 347,087 | 347,087 |
| | Adverse | WV101350 | 2 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| | Adverse | WV101350 | 3 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| | Adverse | WV009052 | 1 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 24,783 | 24,783 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| 76 | | | | 1,020,621 | 1,995,807 | 3,022,628 | 0 | 1,995,807 | 1,995,807 | 0 | 1,995,807 | 1,995,807 | 0 | 1,995,807 | 1,995,807 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 |
| | taxes | | | 820,227 | 522,901 | 949,129 | 0 | 522,901 | 522,901 | 0 | 522,901 | 522,901 | 0 | 522,901 | 522,901 | 0 | 2,043,707 | 2,043,707 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 |
| | net of tax | | | 1,200,594 | 1,472,906 | 2,073,500 | | 1,472,906 | 1,472,906 | | 1,472,906 | 1,472,906 | | 1,472,906 | 1,472,906 | | 5,939,522 | 5,939,522 | | 5,971,455 | 5,971,455 | | 5,971,455 | 5,971,455 |

Gross

A3CON-000061

| Summary | Permit No. | Outlet # | Initial System | 2016 Operating Costs | Total | Initial System | 2017 Operating Costs | Total | Initial System | 2018 Operating Costs | Total | Initial System | 2019 Operating Costs | Total | Initial System | 2020 Operating Costs | Total | Initial System | 2021 Operating Costs | Total | Initial System | 2022 Operating Costs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Favorable | WV101359 | 1 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 |
| Adverse | WV101359 | 2 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 |
| Adverse | WV101359 | 3 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 |
| Adverse | WV009952 | 1 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 | | 98,171 | 98,171 |
| | | 76 | 0 | 7,963,229 | 7,963,229 | 0 | 7,963,229 | 7,963,229 | 0 | 7,963,229 | 7,963,229 | 0 | 7,963,229 | 7,963,229 | 0 | 7,963,229 | 7,963,229 | 0 | 7,963,229 | 7,963,229 | 0 | 7,963,229 | 7,963,229 |
| taxes | | | | 2,011,774 | 2,011,774 | | 2,011,774 | 2,011,774 | | 2,011,774 | 2,011,774 | | 2,011,774 | 2,011,774 | | 2,011,774 | 2,011,774 | | 2,011,774 | 2,011,774 | | 2,011,774 | 2,011,774 |
| net of tax | | | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 |

Gross

A3CON-000062

| any Ro Condition | Permit No. | Outlet b. | Initial System | 2023 Operating Costs | Total | Initial System | 2024 Operating Costs | Total | Initial System | 2025 Operating Costs | Total | Initial System | 2026 Operating Costs | Total | Initial System | 2027 Operating Costs | Total | Initial System | 2028 Operating Costs | Total | Initial System | 2029 Operating Costs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Favorable | WV1013259 | 1 | | 347,087 | 347,087 | | 347,087 | 347,087 | | 347,087 | 347,087 | | 347,087 | 347,087 | | 347,087 | 347,087 | | 347,087 | 347,087 | | 347,087 | 347,087 |
| Adverse | WV1013259 | 2 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| Adverse | WV1013259 | 3 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| Adverse | WV0095852 | 1 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| | | 78 | 0 | 7,953,229 | 7,953,229 | 0 | 7,953,229 | 7,953,229 | 0 | 7,953,229 | 7,953,229 | 0 | 7,953,229 | 7,953,229 | 0 | 7,953,229 | 7,953,229 | 0 | 7,953,229 | 7,953,229 | 0 | 7,953,229 | 7,953,229 |
| tax on | | | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 |
| net of tax | | | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 |

Gross

| any Re Condition Permit No. Outlet # | Initial System | 2030 Operating Costs | Total | Initial System | 2031 Operating Costs | Total | Initial System | 2032 Operating Costs | Total | Initial System | 2033 Operating Costs | Total | Initial System | 2034 Operating Costs | Total | Initial System | 2035 Operating Costs | Total | Initial System | 2036 Operating Costs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Favorable WV1013593 1 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 | | 347,097 | 347,097 |
| Adverse WV1013593 2 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| Adverse WV1013593 3 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| Adverse WV0099552 1 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 | | 99,171 | 99,171 |
| 78 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 |
| taxes | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 |
| net of tax | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 |

Gross

A3CON-000064



| | Condition | Permit No. | Outlet # | Initial System | 2007 Operating Costs | Total | Initial System | 2008 Operating Costs | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Favorable | WV101359 | 1 | | 347,087 | 347,087 | | 347,087 | 347,087 |
| | Adverse | WV101359 | 2 | | 98,171 | 98,171 | | 98,171 | 98,171 |
| | Adverse | WV101359 | 3 | | 98,171 | 98,171 | | 98,171 | 98,171 |
| | Adverse | WV0099652 | 1 | | 98,171 | 98,171 | | 98,171 | 98,171 |
| | | | 78 | 0 | 7,983,229 | 7,983,229 | 0 | 7,983,229 | 7,983,229 |
| | taxes | | | 0 | 2,011,774 | 2,011,774 | 0 | 2,011,774 | 2,011,774 |
| | net of tax | | | 0 | 5,971,455 | 5,971,455 | 0 | 5,971,455 | 5,971,455 |

Gross

A3CON-000065

## TABLE 2
### SELENIUM TREATMENT SYSTEM CAPITAL COST
### MAGNUM OPERATIONS

**FAVORABLE**

| Company | Permit No. | Outlet No. | Date Completed | Materials/Supplies | Site Prep | Power | No. of Tanks | Total w/power & site prep | Total w/o power & site prep |
|---|---|---|---|---|---|---|---|---|---|
| Catenary | WV1014684 | 3 | 28-Mar-09 | 22,830 | 6,000 | 0 | 1 | 28,830 | 22,830 |
|  | WV0096962 | 55 | 23-Jan-09 | 78,967 | 104,415 | 0 | 4 | 183,382 | 78,967 |
|  | WV0093751 | 5 | 5-Jun-09 | 78,967 | 15,583 | 0 | 4 | 94,550 | 78,967 |
| Apogee | WV1013599 | 1 | 9/30/2008 | 315,230 | 129,663 | 0 | 21 | 444,893 | 315,230 |
|  | WV0099520 | 1 | 10/10/2008 | 126,000 | 10,000 | 0 | 6 | 136,000 | 126,000 |
| Hobet | WV1016776 | 50 | 26-Mar-09 | 123,421 | 10,000 | 17,080 | 6 | 150,507 | 123,421 |
|  | WV1016776 | 1 | 16-Mar-09 | 126,719 | 10,000 | 5,149 | 6 | 141,874 | 126,725 |
|  | WV1016776 | 2 | 18-Aug-08 | 108,486 | 20,378 | 0 | 6 | 128,870 | 108,492 |
| Total |  |  |  | 980,620 | 306,039 | 22,229 | 54 | 1,308,906 | 980,638 |
| Avg/ Installation |  |  |  |  |  |  | 7 | 163,613 | 122,580 |
| Avg/Tank |  |  |  |  |  |  |  | 24,239 | 18,160 |

Avg Cost for 6-Tank Base System w/o power & site prep    108,960
Add-on for Site Prep (per system)                         104,415
Add-on for Power (per system)                              22,229
Total Avg Base System Cost                                235,604

**ADVERSE**

| Company | Permit No. | Outlet No. | Date Completed | Materials/Supplies | Site Prep | Power | No. of Tanks | Total w/power & site prep | Total w/o power & site prep |
|---|---|---|---|---|---|---|---|---|---|
| Catenary | WV1014684 | 3 | 28-Mar-09 | 22,830 | 12,000 | 0 | 1 | 34,830 | 22,830 |
|  | WV0096962 | 55 | 23-Jan-09 | 78,967 | 208,830 | 0 | 4 | 287,797 | 78,967 |
|  | WV0093751 | 5 | 5-Jun-09 | 78,967 | 31,166 | 0 | 4 | 110,133 | 78,967 |
| Apogee | WV1013599 | 1 |  | 315,230 | 259,326 | 0 | 21 | 574,556 | 315,230 |
|  | WV0099520 | 1 |  | 126,000 | 20,000 | 0 | 6 | 146,000 | 126,000 |
| Hobet | WV1016776 | 50 |  | 123,421 | 20,000 | 68,320 | 6 | 211,741 | 123,421 |
|  | WV1016776 | 1 |  | 126,719 | 20,000 | 20,597 | 6 | 167,316 | 126,719 |
|  | WV1016776 | 2 |  | 108,486 | 40,757 | 0 | 6 | 149,242 | 108,486 |
| Total |  |  |  | 980,620 | 612,079 | 88,917 | 54 | 1,681,615 | 980,620 |
| Avg/ Installation |  |  |  |  |  |  | 7 | 210,202 | 122,577 |
| Avg/Tank |  |  |  |  |  |  |  | 31,141 | 18,160 |

Avg Cost for 6-Tank Base System w/o power & site prep    108,958
Add-on for Site Prep (per system)                         208,830
Add-on for Power (per system)                              88,917
Total Avg Base System Cost                                406,705

# TABLE 3

## OPERATING COSTS
## MAGNUM OPERATIONS

| | | |
|---|---:|---|
| Flow Rate Per Treatment Train | 12 | |
| Tanks Per Treatment Train | 3 | |
| Effective GPM Per Tank | 4 | |
| Media Cost Per Tank | 7,000 | |
| Recharges Tank Per Year | 2 | |
| | | |
| Monitoring, Lab, Parts, Repair Per Tank Per Year | 2,528 | |
| | | |
| Operating Cost Per Year Per Tank | 16,528 | |
| Operating Cost Per Year Per GPM | 4,132 | |
| | | 6-Tank Base System |
| Operating Cost Per Month Per Tank | 1,377 | 8,264 |
| Operating Cost Per Month Per GPM | 344 | |
| | | |
| Hobet WV1016776 Outlet 002 Lab Analysis | 12,642 | 10 mos. |
| Est annual cost per tank @ six tanks | 2,528 | |