| | OUTFALL NUMBER 001 INSTALL | OUTFALL NUMBER 001 OPERATING | OUTFALL NUMBER 002 INSTALL | OUTFALL NUMBER 002 OPERATING | OUTFALL NUMBER 003 INSTALL | OUTFALL NUMBER 003 OPERATING |
|---|---|---|---|---|---|---|
| Aug-08 | | | | | | |
| Sep-08 | $209,533.00 | $8,264.00 | | | | $ 209,533 |
| Oct-08 | | $8,264.00 | | | | |
| Nov-08 | | $8,264.00 | | | | |
| Dec-08 | | $8,264.00 | | | | |
| Jan-09 | $235,450.00 | $28,925.00 | | | | $ 235,450 |
| Feb-09 | | $28,925.00 | | | | $ 813,410 |
| Mar-09 | | $28,925.00 | | | | |
| Apr-09 | | $28,925.00 | | | | |
| May-09 | | $28,925.00 | | | | |
| Jun-09 | | $28,925.00 | | | | |
| Jul-09 | | $28,925.00 | | | | 205,308 |
| Aug-09 | | $28,925.00 | | | | 219,248 |
| Sep-09 | | $28,925.00 | | | | 719,832 |
| Oct-09 | | $28,925.00 | | | | 1,144,388 |
| Nov-09 | | $28,925.00 | | | | |
| Dec-09 | | $28,925.00 | | | | 1,293,159 |
| 1Q2010 | | $86,774.00 | $406,705.00 | | | |
| 2Q2010 | | $86,774.00 | | $24,793.00 | | |
| 3Q2010 | | $86,774.00 | | $24,793.00 | | |
| 4Q2010 | | $86,774.00 | | $24,793.00 | | |
| 1Q2011 | | $86,774.00 | | $24,793.00 | | |
| 2Q2011 | | $86,774.00 | | $24,793.00 | $406,705.00 | |
| 3Q2011 | | $86,774.00 | | $24,793.00 | | $24,793.00 |
| 4Q2011 | | $86,774.00 | | $24,793.00 | | $24,793.00 |
| 1Q2012 | | $86,774.00 | | $24,793.00 | | $24,793.00 |
| 2Q2012 | | $86,774.00 | | $24,793.00 | | $24,793.00 |
| 3Q2012 | | $86,774.00 | | $24,793.00 | | $24,793.00 |
| 4Q2012 | | $86,774.00 | | $24,793.00 | | $24,793.00 |
| 2013 | | $347,097.00 | | $99,171.00 | | $24,793.00 |
| 2014 | | $347,097.00 | | $99,171.00 | | $99,171.00 |
|  |  |  |  |  |  | $99,171.00 |

PLAINTIFF'S EXHIBIT

| Year | | | |
|---|---|---|---|
| 2015 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2016 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2017 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2018 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2019 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2020 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2021 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2022 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2023 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2024 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2025 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2026 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2027 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2028 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2029 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2030 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2031 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2032 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2033 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2034 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2035 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2036 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2037 | $347,097.00 | $99,171.00 | $99,171.00 |
| 2038 | $347,097.00 | $99,171.00 | $99,171.00 |
| | $444,983.00  $10,445,966.00 | $406,705.00  $2,875,962.00 | $406,705.00  $2,851,169.00 |

Total for Apogee WV1013599        $17,431,490.00

Total installed capital cost        $1,258,393.00

pv at mid    2009

pv at mid 2010

2010 Line for Apogee $1,334,057.00